United States District Court
Southern District of Texas
**ENTERED**
April 17, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRANDON C BENJAMIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-20 |
| | § | |
| BAYTOWN POLICE DEPARTMENT, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the parties' letter agreeing to transfer venue. Dkt. 12. The parties have stipulated that the events giving rise to the claims herein occurred in Harris County, Texas. Under 28 U.S.C. § 1391(b)(2), this case could have been appropriately filed in the Southern District's Houston Division. Under 28 U.S.C. § 1404, the Court finds that the convenience of the parties and potential witnesses favors transfer to the Houston Division.

Accordingly, the Clerk of Court is hereby **ORDERED** to **TRANSFER** the case the United States District Court for the Southern District of Texas—**Houston Division**.

All pending conferences are hereby **CANCELED**.

SIGNED at Galveston, Texas, this 17th day of April, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge